JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY, Plaintiff, v. MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, et al., Defendants. | Case No. EDCV 25-01747-KK-SP<br><br>JUDGMENT |

Pursuant to the Order Denying Plaintiff's Motion for Summary Judgment and Granting Defendant's Motion for Summary Judgment,

IT IS HEREBY ADJUDGED that judgment is entered in favor of Defendant MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, and this action is dismissed with prejudice. (JS-6)

Dated: September 15, 2026

HONORABLE KENLY KIYA KATO
United States District Judge